CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JULIUS ROBINSON            )
                           )
                           )
                           )
            Plaintiff      )   Civil Case Number 07-2145 (RWR)
                           )
        v.                 )
                           )   Category     L
MICHAEL B. MUKASEY, Attorney General, )
    et al.                 )
                           )
                           )
            Defendant      )
                           )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>November 29, 2007</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge Richard W. Roberts</u> by direction of the Calendar Committee.

(Reassigned as related to 05cv2337)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
      <u>Judge Roberts</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk