UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIUS ROBINSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 07-02145(RWR) ) |
| MICHAEL B. MUKASEY, et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' UNOPPOSED, FIRST MOTION FOR AN EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move for an extension of time up to and including Tuesday, February 19, 2008 to answer, move or otherwise respond to Plaintiff's complaint. The current filing deadline is Tuesday, February 12, 2008. Pursuant to Local Rule 7(m), the undersigned counsel[1] contacted Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein. Defendants' reasons for seeking the extension of time are set forth below.

Defendants move for the extension of time due to the recent and considerable work-related demands on the undersigned counsel which included, within the last week, the drafting and filing of a fact-intensive reply memorandum in the Title VII matter Woods v. Johnson, Civil Action No. 06-1460(HHK), a supplemental discovery response in Schroer v. Billington, Civil Action No. 05-1090(JR), also a Title VII case, and a comprehensive joint pretrial statement filed in Arrington v. United States, et al., Civil Action No. 05-5263(CKK), a case brought pursuant to the Federal Tort Claims Act in which the plaintiff alleges that federal law enforcement officers

---

[1]At this time, the undersigned counsel is representing Defendants solely for the limited purpose of moving for this extension of time.

used excessive force during his arrest. The additional week will provide the undersigned counsel an opportunity to consult with the client agency on matters raised in the Complaint, as well time to draft an appropriate response and have the draft reviewed.

Accordingly, for the reasons stated herein, Defendants respectfully move for an extension of time to answer, move or otherwise respond to Plaintiff's complaint up to and including February 19, 2008.

A proposed Order consistent with the relief requested in this Motion is attached hereto.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on <u>Monday, February 11, 2008</u>, service of ***Defendants' Unopposed, First Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint*** was made by the Court's Electronic Case Filing System to:

Craig Anthony Harbaugh
Office of Public Defender
Central District of California
321 East 2nd Street
Los Angeles, California 90012
craig_harbaugh@fd.org

/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIUS ROBINSON,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 07-02145(RWR) |
| **MICHAEL B. MUKASEY, et al.,** | ) |
| **Defendants.** | ) |

**ORDER**

UPON CONSIDERATION of the *Defendants' Unopposed, First Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint*, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including February 19, 2008 to answer, move or otherwise respond to Plaintiff's Complaint;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Craig Anthony Harbaugh
Office of Public Defender
Central District of California
321 East 2nd Street
Los Angeles, California 90012

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530