**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
JULIUS ROBINSON,              )
                              )
        Plaintiff,            )
                              )
        v.                    )    Civil Action No. 07-2145 (RWR)
                              )
MICHAEL B. MUKASEY, et al.    )
                              )
        Defendants.           )
                              )
_____)
```

**SHOW CAUSE ORDER**

It is hereby

ORDERED that on or before February 26, 2008, the parties confer and show cause in writing

1.   why this case should not be stayed pending the Supreme Court's decision in <u>Baze v. Rees</u>, No. 07-5439; and

2.   why this case should not be consolidated with <u>Roane v. Mukasey</u>, Civil Action No. 05-2337 (RWR) (D.D.C.).

SIGNED this 12th day of February, 2008.

                    _____/s/_____
                    RICHARD W. ROBERTS
                    United States District Judge