UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIUS ROBINSON,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**MICHAEL B. MUKASEY, et al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 07-02145(RWR) |

**THE PARTIES' RESPONSE TO THE COURT'S FEBRUARY 12, 2008
SHOW CAUSE ORDER**

On February 12, 2008, this Court issued a show cause order asking the parties to "confer and show cause in writing. . .why this case should not be stayed pending the Supreme Court's decision in Baze v. Rees, No. 07-5439" and "why this case should not be consolidated with Roane v. Mukasey, Civil Action No. 05-2337(RWR)(D.D.C.)." The Supreme Court's decision in Baze, in which the constitutionality of the lethal injection protocol used by a significant number of states (and the Federal government) to carry out the death penalty, will obviously have a direct impact on this case. Accordingly, the parties agree that this case should be stayed pending a decision in Baze, and the current deadline established for Defendants to respond to Plaintiff's complaint continued.

However, as to consolidation of this case with Roane, the parties believe that they will have a better sense of the propriety of such an action after the Supreme Court issues its decision in Baze (i.e., after obtaining an understanding of the scope or expansiveness of the holding). Therefore, the parties respectfully submit that a decision regarding consolidation be deferred until after the Baze decision is released.

Based on the foregoing, the parties propose that, no later than thirty days after the <u>Baze</u> decision is published, they file a joint status report proposing how this case should proceed including, if still appropriate, a recommendation on whether this case should be consolidated with <u>Roane</u> and a deadline by which Defendants must respond to Plaintiff's complaint, again, if still appropriate.

A proposed Order consistent with the relief requested in this response is attached.

Respectfully Submitted,

/s/ Craig Anthony Harbaugh /bmr
_____
CRAIG ANTHONY HARBAUGH, D.C. Bar #974117
Deputy Federal Public Defender
Office of the Public Defender
Central District of California
321 East 2nd Street
Los Angeles, California 90012
Ph: (213) 894-7865
E-Mail: craig_harbaugh@fd.org

/s/ Jeffrey A. Taylor /mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /mj
_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
E-Mail: beverly.russell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIUS ROBINSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-02145(RWR) |
| | ) |
| MICHAEL B. MUKASEY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the *Parties' Response to the Court's February 12, 2008 Show Cause Order*, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that this case is stayed pending the Supreme Court's decision in <u>Baze v. Rees</u>, No. 07-5439 and that the current deadline established for Defendants to respond to Plaintiff's complaint (i.e., February 19, 2008), is continued; and it is further

ORDERED that, no later than thirty days after the <u>Baze</u> decision is published, the parties shall file a joint status report proposing how this case should proceed including, if still appropriate, a recommendation on whether this case should be consolidated with <u>Roane v. Mukasey</u>, Civil Action No. 05-2337(RWR)(D.D.C.) and a deadline by which Defendants must respond to Plaintiff's complaint, again, if appropriate.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Craig Anthony Harbaugh
Office of Public Defender
Central District of California
321 East 2nd Street
Los Angeles, California 90012

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530