UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIUS ROBINSON, )<br>)<br>    **Plaintiff** )<br>)<br>    v. )<br>)<br>MICHAEL B. MUKASEY, et al., )<br>)<br>    **Defendants.** )<br>  )  | Civil Action No. 07-02145(RWR) |

**THE PARTIES' RESPONSE TO THE COURT'S FEBRUARY 19, 2008
MINUTE ORDER**

On February 19, 2008, this Court stayed the above-referenced matter pending the Supreme Court's decision in Baze v. Rees, 128 S. Ct. 1520 (2008). In its February 19, 2008 Order, the Court ordered the parties to file a joint status report no later than thirty days after the Baze decision is published proposing how this case should proceed including, if appropriate, a recommendation on whether this case should be consolidated with Roane v. Mukasey, Civil Action No. 05-2337(RWR) and a deadline by which defendants must respond to plaintiff's complaint, if appropriate. The Baze decision was issued on April 16, 2008, and thus, the parties submit this Joint Status Report consistent with the Court's February 19, 2008 Order.

The parties do not agree regarding the issue of consolidation. Defendants do not believe that consolidation of this case with Roane is appropriate at this time, given the litigation posture of this relatively new case as compared to Roane as well as the possibility that Defendants may make somewhat different arguments affecting the disposition of this case exclusively (e.g., venue).

Plaintiff, in contrast, believes that Court should exercise its discretion to consolidate Robinson's case with the pending Roane litigation. In support of his position, Plaintiff states the following. "The decision whether to consolidate cases under Rule 42(a) is within the broad discretion of the trial court." Am. Postal Workers Union v. USPS, 422 F. Supp. 2d 240, 245 (D.D.C. 2006). Rule 42(a) of the Federal Rules of Civil Procedure permits consolidation of actions "involving a common question of law or fact." FED. R. CIV. P. 42(a) (2008). In determining whether consolidation is appropriate, "courts weigh considerations of convenience and economy against considerations of confusion and prejudice." Scarborough v. Nat'l Ass'n of Sur. Bond Producers, 474 F. Supp. 2d 64, 70-71 (D.D.C. 2007); Devlin v. Transp. Commc'ns Int'l Union, 175 F.3d 121, 130 (2d Cir. 1999). "Actions that involve the same parties are apt candidates for consolidation." Blasko v. Wash. Metro. Area Transit Auth., 243 F.R.D. 13, 15 (D.D.C. 2007). "[C]onsolidation is particularly appropriate when the actions are likely to involve substantially the same witnesses and arise from the same series of events or facts." Id.; see also Chang v. United States, 217 F.R.D. 262, 265 (D.D.C. 2003) (observing that "[c]onsolidation may increase judicial efficiency by reducing presentation of duplicative proof at trial"). Plaintiff believes that, in this case, consolidation is the most expeditious and efficient course for addressing all challenges to the United States Bureau of Prisons' lethal injection protocol. The defendants are the same for both cases. The claims asserted in Robinson's complaint mirror those raised by the Roane plaintiffs. The underlying legal and factual issues are identical. Each case will involve the same witnesses and evidence. Consequently, Robinson believes that because "savings of expense and gains of efficiency can be accomplished without

sacrifice of justice," the Court should order consolidation. New York v. Microsoft Corp., 209 F. Supp. 2d 132, 148 (D.D.C. 2002).

In light of the Supreme Court's decision in Baze, the Parties propose the following briefing schedule:

July 3, 2008:      Defendants' Dispositive Motion

August 5, 2008:    Plaintiff's Response to Defendants' Dispositive Motion

August 22, 2008:   Defendants' Reply

Further, if the Court denies Defendant's Motion in full, or in part, Defendant will answer Plaintiff's Complaint 30 days from the date of the Court's decision.

Respectfully Submitted,

/s/ Craigh Anthony Harbaugh /bmr
_____
CRAIG ANTHONY HARBAUGH, D.C. Bar #974117
Deputy Federal Public Defender
Office of the Public Defender
Central District of California
321 East 2nd Street
Los Angeles, California 90012
Ph: (213) 894-7865
E-Mail: craig_harbaugh@fd.org

/s/ Jeffrey A. Taylor /mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /mj
_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
E-Mail: beverly.russell@usdoj.gov