# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEZMOND MITCHELL, | Civil Action No. 07-02145-TSC |
| Plaintiff, | |
| v. | |
| MICHAEL B. MUKASEY, et al., | |
| Defendants. | |

## PLAINTIFF'S STATUS REPORT

Undersigned counsel for plaintiff Lezmond Mitchell hereby files this Status Report pursuant to this Court's October 6, 2017 Minute Order.

On September 15, 2017, the Court received a document, purportedly from Mr. Mitchell, requesting that Mr. Mitchell be removed as a plaintiff from this lawsuit. Dkt. No. 14.

On October 6, 2017, the Court issued a Minute Order instructing counsel to confer with Mr. Mitchell about his pro se filing and to file a status report by December 1, 2017 advising the Court of Mr. Mitchell's awareness "of the legal consequences attendant to his withdrawal from this lawsuit." 10/06/2017 Minute Order.

On November 8, 2017, undersigned counsel travelled from Los Angeles, California to Terre Haute, Indiana to meet with Mr. Mitchell on November 9, 2017. Due to some undisclosed incident at the United States Penitentiary at Terre Haute, where Mr. Mitchell is confined, the prison was placed on "lock down"

status, and counsel was not permitted to meet with Mr. Mitchell.

On November 22, 2017, counsel requested an enlargement of time to meet and confer with Mr. Mitchell.  Dkt. No. 17.  The Court granted counsel's request on November 24, 2017, and ordered counsel to file this status report by February 1, 2018.  11/24/2017 Minute Order.

On January 8, 2018, undersigned counsel and co-counsel Deputy Federal Public Defender Celeste Bacchi, traveled from Los Angeles, California to Terre Haute, Indiana for a scheduled legal visit with Mr. Mitchell on January 9, 2018.  While at the prison on January 9, 2018, counsel were informed by prison staff that Mr. Mitchell had refused to leave his cell and would not meet with counsel.

Given counsel's inability to communicate with Mr. Mitchell at the present time, counsel cannot make any representations as to Mr. Mitchell's knowledge or understanding of the legal consequences of his withdrawal from this lawsuit or his competency to make this decision.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender
for the Central District of California


DATED:  February 1, 2018          By */s/ Jonathan C. Aminoff*
                                  JONATHAN C. AMINOFF, CA Bar #259290
                                  Deputy Federal Public Defender
                                  Office of the Federal Public Defender
                                  321 E. 2nd Street
                                  Los Angeles, CA 90012
                                  Phone:  (213) 894-5374
                                  E-Mail:  Jonathan_Aminoff@fd.org